# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2339
LT Case No. 2013-CF-002096

_____

DAVID SCOTT PHILLIPS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Hernando County.
Stephen E. Toner, Jr., Judge.

Matthew J. Metz, Public Defender, and Andrew Mich, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Stephen R. Putnam, Jr., Assistant Attorney General, Daytona Beach, for Appellee.


June 28, 2024


PER CURIAM.

In this *Anders*\* appeal, we affirm Phillips's judgment and sentence imposed by the trial court following his plea. However,

---

\**Anders v. California*, 386 U.S. 738 (1967).

we remand for entry of an amended cost/fees order showing the assessment of $100.00, instead of $150.00, for the cost of prosecution consistent with the trial court's oral pronouncement.

AFFIRMED; REMANDED to correct cost of prosecution to $100.

MAKAR, WALLIS, and KILBANE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

2